# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **BRETT TITTLE,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:04-CV-288 (WDO) |
| | : | |
| **BOBBY FLOYD, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to grant the Defendants' motion to dismiss. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

**SO ORDERED** this 11th day of October, 2005.


    S/Wilbur D. Owens, Jr.
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**